# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

U.S. Court of Federal Claims
Judge Marian Blank Horn

Lower Court/Agency #:  03-CV-2209
Nature of Suit:  134
Case Type:  Civil US

Notice of Appeal and Certified List Received:  03/24/2011
Notice of Appeal Filed:  03/24/2011
Docketed and Notice Sent to Parties:  03/25/2011
Certified List Filed:  03/25/2011

Fee Paid:  03/24/2011
Fee Amount:  450.00       Receipt No:  072096

Cross appeal:  2011-5073 (Disp.: 05/03/2012)

| Date | Event Summary |
|---|---|
|  | Nothing Due |
| 03/15/2012 | Appellant Principal Brief Filing Date |
| 10/24/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 03/15/2012 | Appellant Reply Brief Filing Date |
| 01/06/2012 | Appellee or Cross Appellant Reply Brief Filing Date |
| 01/31/2012 | Appendix Filing Date |
| 04/04/2012 | Oral Argument Date/Calendared |
| 05/02/2012 | Disposition:  Affirmed-in-Part, Reversed-in-Part, and Remanded; Panel |
| 06/25/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

## List of Parties/Representation

**Party Type/Name**                     **Represented by**

**Plaintiff-Appellant**

Englewood Terrace Limited             Don S. Samuelson
  Partnership                           Law Offices of Don S. Samuelson
                                        1745 Broadland Lane
                                        Suite 101
                                        Lake Forest, IL  60045
                                        Phone #: (847)420-1732
                                        Fax #: (847)234-4871
                                        Email: dssa310@aol.com
                                        Bar admit: 05/24/2011
                                        EOA Filed: 05/24/2011
                                        Principal Attorney

                                      Brian J. Murray
                                        Jones Day
                                        77 West Wacker Drive
                                        Suite 3500
                                        Chicago, IL  60601-1692
                                        Phone #: (312)782-3939
                                        Fax #: (312)782-8585
                                        Email: bjmurray@jonesday.com
                                        Bar admit: 09/04/2003
                                        EOA Filed: 12/02/2011

# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

| Party Type/Name | Represented by |
|---|---|
| **Defendant/Cross Appellant** | |
| United States | Douglas K. Mickle<br>  Department of Justice<br>  PO Box 480<br>  Ben Franklin Station<br>  Washington, DC  20044<br>  Phone #: (202)307-0383<br>  Fax #: (202)353-7988<br>  Email: douglas.mickle@usdoj.gov<br>  Bar admit:  / /<br>  EOA Filed: 05/03/2012<br>  Principal Attorney<br><br>Maria T. Baguio<br>  Department of Housing and Urban Development<br>  77 W. Jackson Street<br>  Suite 2207<br>  Chicago, IL  60604<br>  Phone #: (312)913-8242<br>  Bar admit:  / /<br>  EOA Filed: 04/15/2011<br><br>Jaret R. Fishman<br>  Department of Housing and Urban Development<br>  Email: jaret.fishman@hud.gov<br>  Bar admit:  / /<br>  EOA Filed: 04/15/2011<br><br>Gregory G. Gustin<br>  Department of Housing and Urban Development<br>  Bar admit:  / /<br>  EOA Filed: 04/15/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

| Party Type/Name | Represented by |
|---|---|
|  | Lorraine C. Shoto<br>  Department of Housing and Urban Development<br>  Email: lorraine.c.shoto@hud.gov<br>  Bar admit:  / /<br>  EOA Filed: 04/15/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 03/25/2011 | F | 1 | Appeal docketed on 03/25/2011. EOD(03/25/2011 by CLT) 2011-5072 |
| 03/25/2011 | O | 2 | Official Caption.  Court Service - 03/25/11.  Filed: 03/25/11. REV(03/25/11 by CLT)  2011-5072 |
| 03/30/2011 | O | 3 | Updated docket entries from CFC reflecting that the $5.00 balance for the filing fee has paid.  No Service Required.  Filed: 03/30/11. REV(03/30/11 by CLT)  2011-5072 |
| 04/07/2011 | O | 4 | Entry of Appearance for Christopher A. Bowen as principal attorney on behalf of cross-appellant, United States.  Mail Service - 04/04/11.  Filed: 04/04/11. REV(04/08/11 by MW) 2011-5072 |
| 04/07/2011 | O | 5 | Docketing Statement for cross-appellant, United States.  Mail Service - 04/06/11.  Filed: 04/06/11. REV(04/07/11 by RM) 2011-5072 |
| 04/21/2011 | O | 6 | Entry of appearance for Douglas K. Mickle on behalf of the cross appellant, United States.  Mail Service - 04/15/11.  Filed: 04/15/11. REV(04/25/11 by SCN)  2011-5072 |
| 04/21/2011 | O | 7 | Entry of appearance for Maria T. Baguio as of counsel on behalf of the cross appellant, United States.  Mail Service - 04/15/11. Filed: 04/15/11. REV(04/25/11 by SCN)  2011-5072 |
| 04/21/2011 | O | 8 | Entry of appearance for Gregory G. Gustin as of counsel on behalf of the cross appellant, United States.  Mail Service - 04/15/11.  Filed: 04/15/11. REV(04/25/11 by SCN)  2011-5072 |
| 04/21/2011 | O | 9 | Entry of appearance for Jaret R. Fishman as of counsel on behalf of the cross appellant, United States.  Mail Service - 04/15/11.  Filed: 04/15/11. REV(04/25/11 by SCN)  2011-5072 |
| 04/21/2011 | O | 10 | Entry of appearance for Lorraine C. Shoto as of counsel on behalf of the cross appellant, United States.  Mail Service - 04/15/11.  Filed: 04/15/11. REV(04/25/11 by SCN)  2011-5072 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072: ENGLEWOOD TERRACE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/05/2011 | O | 11 | Notice of rejection: The entry of appearance for Don S. Samuelson on behalf of the appellant, Englewood Terrace Limited Partnership received on 4/27/11 is rejected; the attorney who signed the document is not a member of the bar.  Court Service - 05/05/11.  Mailed: 05/05/11. REV(05/05/11 by LAW) 2011-5072 |
| 05/05/2011 | O | 12 | Notice of rejection: The docketing statement for the appellant, Englewood Terrace Limited Partnership received on 4/28/11 is rejected; the attorney who signed the document is not a member of the bar. The DS shall be filed no later than 05/16/2011. Court Service - 05/05/11.  Mailed: 05/05/11. REV(05/05/11 by LAW)  2011-5072 |
| 05/19/2011 | O | 13 | Notice to appellant: The docketing statement for the appellant, Englewood Terrace Limited Partnership is overdue. The docketing statement shall be filed no later than 05/31/2011. Court Service - 05/19/11.  Mailed: 05/19/11. REV(05/19/11 by LAW)  2011-5072 |
| 05/24/2011 | O | 14 | Entry of Appearance for Don S. Samuelson, as principal counsel on behalf of the Plaintiff-Appellant, Englewood Terrace Limited Partnership.  Mail Service - 05/20/11.  Filed: 05/24/11. REV(06/08/11 by JS)  2011-5072 |
| 05/24/2011 | O | 15 | Docketing Statement received from the Plaintiff-Appellant, Englewood Terrace Limited Partnership.  Mail Service - 04/20/11.  Filed: 05/24/11. REV(05/24/11 by JS)  2011-5072 |
| 05/25/2011 | M | 16 | Appellant [Englewood Terrace Limited Partnership] - Plaintiff-Appellant's Unopposed Motion for Extension of Time to File Opening Brief.  Mail Service - 05/19/11. Filed: 05/25/11. On consent. Action on Motion (17): Granted.  Brief is due July 25, 2011. by Clerk. Filed: 05/25/11. EOD(05/25/11 by RM) REV(06/03/11 by AR)  2011-5072 |
| 07/18/2011 | O | 18 | Notice to counsel Don S. Samuelson: The record of this case indicates that a certificate of interest has not been filed for appellant Englewood Terrace. A completed certificate of interest must be submitted in accordance w/ FCR 47.4 w/i 14 days.  Court Service - 07/18/11.  Mailed: 07/18/11. REV(07/18/11 by SJ)  2011-5072 |
| 07/26/2011 | B | 19 | Englewood Terrace Limited Partnership [Appellant] - Brief of Appellant. Mail Service-07/25/11. Filed: 07/25/11. REV(03/15/12 by KSH)  2011-5072 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072:  ENGLEWOOD TERRACE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 07/26/2011 | O | 20 | Certificate of Interest for appellant, Englewood Terrace Limited Partnership.  Mail Service - 07/25/11.  Filed: 07/25/11. REV(07/26/11 by SCN)  2011-5072 |
| 09/07/2011 | M | 21 | Cross-Appellant [United States] - Unopposed motion for an extension of time to file initial brief.  Mail Service - 08/31/11. Filed: 08/31/11. On consent. Action on Motion (22): GRANTED.  Brief due on or before October 12, 2011. by Clerk. Filed: 09/07/11. EOD(09/07/11 by CS)  2011-5072 |
| 10/12/2011 | M | 23 | Cross-Appellant [United States] - Unopposed Motion for An Extension of Time to File its Initial Brief.  Mail Service - 10/06/11. Filed: 10/06/11. On consent. Action on Motion (24): Motion granted.  The brief is due on or before October 18, 2011. by Clerk. Filed: 10/12/11. EOD(10/12/11 by JB)  2011-5072 |
| 10/19/2011 | B | 25 | United States [Cross-Appellant] - Brief for Appellee-Cross-Appellant Department of Housing and Urban Development. Mail Service-10/18/11. Received: 10/18/11. Rejected: 10/19/11. Corrected Brief Due: 11/01/11.  REV(10/19/11 by SEW)  2011-5072 |
| 10/25/2011 | B | 26 | United States [Cross-Appellant] - Corrected Brief for Defendant-Cross Appellant, Department of Housing and Urban Development. Mail Service-10/24/11. Filed: 10/24/11. REV(10/25/11 by VW)  2011-5072 |
| 12/02/2011 | B | 27 | Englewood Terrace Limited Partnership [Appellant] - Reply/Response Brief for Plaintiff-Appellant Englewood Terrace Limited Partnership. Mail Service-12/01/11. Filed: 12/01/11.  REV(12/16/11 by SEW)  2011-5072 |
| 12/08/2011 | O | 28 | Entry of appearance for Brian Joseph Murray as counsel on behalf of appellant, Englewood Terrance Limited Partnership.  Mail Service - 12/02/11.  Filed: 12/02/11. REV(12/09/11 by SCN)  2011-5072 |
| 12/21/2011 | M | 29 | Cross-Appellant [United States] - Unopposed Motion for an Extension of Time to file its Reply Brief.  Mail Service - 12/19/11. Filed: 12/19/11. On consent. Action on Motion (30): Motion granted.  The brief is due on or before January 6, 2012. by Clerk. Filed: 12/21/11. EOD(12/21/11 by JB)  2011-5072 |
| 01/09/2012 | B | 31 | United States [Cross-Appellant] - Cross Reply Brief for Defendant-Cross Appellant, The United States. Mail Service-01/06/12. Received: 01/06/12. Rejected: 01/09/12. Corrected Brief Due: 01/23/12.  REV(01/11/12 by SEW)  2011-5072 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072: ENGLEWOOD TERRACE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/17/2012 | B | 32 | United States [Cross-Appellant] - Corrected Cross Reply Brief for Defendant-Cross Appellant, United States. Mail Service-01/17/12. Filed: 01/06/12. REV(01/17/12 by C_C) 2011-5072 |
| 01/18/2012 | M | 33 | Appellant [Englewood Terrace Limited Partnership] - Consent motion for extension of time to file appendix. Mail Service - 01/13/12. Filed: 01/13/12. On consent. Action on Motion (34): GRANTED. Appendix due on or before January 31, 2012. by Clerk. Filed: 01/18/12. EOD(01/18/12 by CS) REV(01/25/12 by AMT) 2011-5072 |
| 02/13/2012 | B | 35 | Englewood Terrace Limited Partnership [Appellant] - Joint Appendix (two volumes). Mail Service-01/31/12. Filed: 01/31/12. REV(02/13/12 by C_C) 2011-5072 |
| 02/22/2012 | O | 36 | NOTICE OF CALENDARING issued. Panel: 1204E on April 4, 2012. Entered: 02/22/2012. (EOD 02/22/2012 by KSH) 2011-5072 |
| 03/02/2012 | O | 37 | Response to oral argument order from the cross appellant, United States, stating that Christopher Bowen will argue. Mail Service - 02/29/12. Received: 02/29/12. REV(03/02/12 by EO) 2011-5072 |
| 03/14/2012 | O | 38 | Response to oral argument order from the appellant, Englewood Terrace Limited Partnership stating that Brian J. Murray will argue. Mail Service - 03/05/12. Received: 03/14/12. REV(03/14/12 by LAW) 2011-5072 |
| 03/14/2012 | M | 39 | Appellant [Englewood Terrace Limited Partnership] - Plaintiff-Appellant Englewood Terrace Limited Partnership's Motion for Leave to File Corrected Briefs. [corrected briefs received with motion] [NPF] Mail Service - 03/14/12. Filed: 03/14/12. Action on Motion (41): Granted. by Merits Panel. Filed: 03/15/12. EOD(03/14/12 by KSH) REV(03/15/12 by KSH) 2011-5072 |
| 03/15/2012 | O | 40 | Plaintiff-Appellant Englewood Terrace Limited Partnership's Notice of Correction. Mail Service - 03/14/12. Mailed: 03/14/12. REV(03/15/12 by KSH) 2011-5072 |
| 03/15/2012 | B | 42 | Englewood Terrace Limited Partnership [Appellant] - Corrected Opening Brief for Plaintiff-Appellant Englewood Terrace Limited Partnership. Mail Service-03/14/12. Filed: 03/15/12. REV(03/15/12 by KSH) 2011-5072 |
| 03/15/2012 | B | 43 | Englewood Terrace Limited Partnership [Appellant] - Corrected Reply/Response Brief for Plaintiff-Apellant Englewood Terrae Limited Partnership. Mail Service-03/14/12. Filed: 03/15/12. REV(03/15/12 by KSH) 2011-5072 |

# United States Court of Appeals for the Federal Circuit

## 2011-5072: ENGLEWOOD TERRACE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 04/04/2012 | O | 44 | Submitted after ORAL ARGUMENT by Brian J. Murray and Christopher Bowen. Panel: Lourie, Dyk and Moore. Entered: 04/04/2012. (EOD 04/04/2012 by KSH) 2011-5072 |
| 05/02/2012 | D | 45 | Disposition: Affirmed-in-Part, Reversed-in-Part, and Remanded by Panel. Nonprecedential Opinion by: J. Dyk. Judgment Entered: 05/02/12. No costs. Opinion sent to parties: 05/02/12. Filed: 05/02/12. Mandate issued to the CFC: 06/25/12. REV (06/25/12 by CLT) 2011-5072 |
| 05/04/2012 | O | 46 | Entry of appearance for Douglas K. Mickle replacing Christopher Bowen as principal counsel on behalf of cross-appellant, United States. Mail Service - 05/03/12. Filed: 05/03/12. REV(05/04/12 by SRM) 2011-5072 |